AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-918M(NJ) | Date and time warrant executed: 6/24/21 0800 | Copy of warrant and inventory left with: T-Mobile |
| Inventory made in the presence of: T-Mobile | | |

Inventory of the property taken and name(s) of any person(s) seized:

Records and location information associated with cell number 414-946-2306

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/25/21

*Executing officer's signature*

Todd Marratt DUSM
*Printed name and title*